## Commonwealth v. Futej, Appellant.

Submitted June 11, 1975. *George E. Goldstein,* and *Goldstein and Rosenblum,* for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.